The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA WONG, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>*Defendant*. | Case No.: 3:25−cv−05989−RAJ<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR MINOR EXCEPTION TO LOCAL CIVIL RULE 83.1(d) REQUIREMENT FOR PRO HAC VICE ADMISSION OF GRACE BENNETT |

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR MINOR EXCEPTION - 1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

The Court, having considered Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Grace Bennett, ORDERS as follows:

The Court GRANTS Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Grace Bennett. Plaintiff's counsel, Jonas Jacobson, has an office near this District (in Portland, Oregon), is a member of the Washington bar, and is admitted in this District. The Court finds that this justifies an exception to the literal application of LCR 83.1(d)(1) (requiring local counsel with an office in this District) and that Mr. Jacobson may serve as local counsel, for purposes of the Pro Hac Vice admission of Ms. Bennett. Ms. Bennett must submit a separate Application for Leave to Appear Pro Hac Vice as detailed in LCR 83.1(d)(1).

DATED this 21st day of November, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR MINOR EXCEPTION - 2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066